**IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE
(HEARD AT KNOXVILLE)**

**FILED**

**June 14, 1999**

**Cecil Crowson, Jr.
Appellate Court Clerk**

NATHAN BREWER,          )
                                    )
      PLAINTIFF/APPELLEE,    )
                                    )
v.                               )   No. 01S01-9609-CV-00196
                                    )
LINCOLN BRASS WORKS, INC.,  )
                                    )
      DEFENDANT/APPELLANT.  )

## ORDER

A petition for rehearing has been filed on behalf of appellant, Lincoln Brass Works, Inc. After consideration of the same, the Court is of the opinion that the petition should be and the same hereby is denied at the cost of appellant, Lincoln Brass Works, Inc.

PER CURIAM

DROWOTA, J. NOT PARTICIPATING